*Co.* v. *Hanley,* 205 U. S. 225, 232; *Goodrich* v. *Ferris,* 214 U. S. 71, 79; *Brolan* v. *United States,* 236 U. S. 216, 218. *Mr. Charles A. Seiders* for plaintiff in error. *Mr. Clarence Brown, Mr. John F. Wilson* and *Mr. Lloyd T. Williams* for defendant in error.

---

No. 644. B. F. MEHARG *v.* ALABAMA POWER COMPANY. Error to the Supreme Court of the State of Alabama. Motion to dismiss submitted April 21, 1919. Decided April 28, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, 39 Stat. 726. *Mr. Oscar W. Underwood* and *Mr. D. H. Riddle* for plaintiff in error. *Mr. Thomas W. Martin* and *Mr. O. R. Hood* for defendant in error.

---

No. 504. FENTRESS COAL & COKE COMPANY *v.* BEECHER ELMORE. Error to the District Court of the United States for the Middle District of Tennessee. Motion to dismiss or affirm submitted April 21, 1919. Decided April 28, 1919. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Aspen Mining & Smelting Co.* v. *Billings,* 150 U. S. 31, 37; *Brown* v. *Alton Water Co.,* 222 U. S. 325; *Metropolitan Water Co.* v. *Kaw Valley District,* 223 U. S. 519; *Union Trust Co.* v. *Westhus,* 228 U. S. 519; *Shapiro* v. *United States,* 235 U. S. 412. See *Omaha Baum Iron Store Co.* v. *Moline Plow Co.,* 244 U. S. 650. *Mr. W. B. Miller* for plaintiff in error. *Mr. John F. McNutt* for defendant in error.

---

No. 382. SOUTHERN PACIFIC COMPANY *v.* J. V. TERRY. Error to the Supreme Court of the State of California; and